043903/19344/MHW/JJL/EAK

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KENDRICK BUTLER,<br><br>    Plaintiff,<br><br>v.<br><br>SERGEANT TERRELL PORK, LIEUTENANT WILLIAM BROWN, OFFICER (f/n/u) BUBASH, OFFICER (f/n/u) ROLING, and PHYSICIAN ASSISTANT LATANYA WILLIAMS,<br><br>    Defendants. | Case Number 17 cv 9155<br><br>Honorable Judge Jeffrey Cole |

## AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

NOW COMES Defendant, LA TANYA WILLIAMS, P.A., by and through her attorney, Edward A. Khatskin of CASSIDAY SCHADE LLP, and for her AGREED MOTION FOR ENTRY OF CONFIDENTIALITY ORDER, states as follows:

  1. Plaintiff's counsel has tendered a Subpoena to Wexford Health Sources, Inc., ("Wexford"). Although Wexford is a non-party in this litigation, it employs Defendant La Tanya Williams. In order to respond to the Subpoena as fully as possible, certain sensitive, confidential, proprietary information of Wexford will be produced.

  2. Given the proprietary, confidential, and sensitive nature of the material being disclosed during the course of discovery, Wexford requires an order of confidentiality. Said proposed order has been circulated to each attorney of record and agreed to by each attorney of record. There is no objection to this Motion or to the Proposed Agreed Confidentiality Order.

3. Contemporaneous with the filing of this Motion, a copy of the Proposed Agreed Confidentiality Order will be submitted to the proposed order e-mail box of Judge Robert W. Gettleman.

Respectfully submitted,

CASSIDAY SCHADE LLP

By: /s/ Edward A. Khatskin
    One of the Attorneys for Defendant,
    LA TANYA WILLIAMS, P.A.

Edward A. Khatskin
ARDC No. 6319840
CASSIDAY SCHADE LLP
222 West Adams Street, Suite 2900
Chicago, IL 60606
(312) 641-3100
(312) 444-1669 – Fax
ekhatskin@cassiday.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 29, 2019 I electronically filed the foregoing document with the clerk of the court for NORTHERN DISTRICT OF ILLINOIS, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of E-Filing" to the attorneys of record in this case.

/s/ Edward A. Khatskin

9051625 EKHATSKI;EKHATSKI